82,846-01

DEAR CLERK PLEASE FILE THIS TWO PAGE EMERGENCY MOTION.
I AM A FRIEND OF JONATHAN MUNOZ. WHEN ELPASO COUNTY FORWARDED

HIS WRIT TO YOU WITHOUT MAKING THE APPROPRIATE FACT FINDINGS, I HELPED

HIM TENDER THIS MOTION. I SENT IT TO HIM HE LIKED IT AND SENT IT BACK

TO ME, SO PLEASE FILE IT WITH THE HONORABLE COURT A/S/A/P.


HIS ACTUAL MAILING ADDRESS IS: JONATHAN MUNOZ
                                   5225  Carousel Dr.
                                   Apt. #6
                                   El Paso,  TX  79912
HE WAS AN INMATE ON THIS UNIT IN THE PAST, NOW HE IS OUT ON PAROLE.

WE STUDIED LAW TOGETHOR.

*Maurice M. Lewis*
MAURICE MICHON LEWIS,
filing a motion on behalf of
Jonathan Munoz.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

THE HABEAS CAUSE #-------WRIT NO. | WR-82,846-01 |

EX PARTE                          §   FROM ELPASO COUNTY, TX------
                                  §
                                  §   **NOW IN THE TEXAS COURT OF CRIMINAL**
                                  §   **APPEALS.**
                                  §
JONATHAN MUNOZ                     §

**OBJECTION TO THE TRIAL COURT'S FAILURE TO DO ANY INVESTIGATION ON THE WRIT ALLEGATIONS, AND FAILURE TO DO THE APPROPRIATE FACT FINDINGS AND CONCLUSIONS OF LAW, EVEN THOUGH THE APPLICANT HAS STATED FACTS, THAT IF TRUE, ENTITLE HIM TO RELIEF.**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

The Applicant, Jonathan Munoz, pro-se, has stated facts within the above said writ recently sent to your honorable Court, that if true, might entitle him to **habeas corpus relief.** Based on the Grounds, and situation, additional facts are needed in order for the issues raised to be resolved. Furthermore, at bareminimum an affidavit from defense counsel is needed in regards to the ineffective assistance of counsel grounds.

Because the trial court did not designate the ineffective assistance grounds to be resolved, failed to have even a proper hearing, failed to ORDER defense counsel to file an affidavit in response to the grounds, did not make any findings of fact and conclusions of law concerning any of the grounds, and State relied on it's statutory deemed denial, I, the Applicant, respectfully **OBJECT** as stated in the above heading. **AND FURTHERMORE REQUEST THIS HONORABLE COURT REMAND THE WRIT BACK TO THE TRIAL COURT FOR THE FINDING OF THE ADDITIONAL FACTS NEEDED TO RESOLVE ALL GROUNDS RAISED.** (hearings, depositions, affidavits, etc.) **THANKYOU.**

1

Respectfully Submitted,

*Jonathan Munoz*

Jonathan Munoz
5225 Carousel
Apt. #6
El Paso, TX.  79912

## CERTIFICATE OF SERVICE

I, certify that I placed a true copy of this same objection in the mailbox in El Paso, Texas with proper postage, and properly addressed to the El Paso County, TX  Criminal District Attorney.

*Jonathan Munoz*

Jonathan  Munoz.